# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

DATE: July 9, 2019

U.S. Magistrate Judge Bruce J. McGiverin

AUSA Marie Christine Amy
AUSA José Capó - Iriarte

UNITED STATES OF AMERICA

Plaintiff
v.
      **SEALED**
Julia Beatrice Keleher (1) et al

Defendant (s)

Return of Indictment by the Grand Jury

Criminal No. 19-431 (PAD)

Indictment was filed in open court.

**Arraignment will be set upon the arrests of the defendants**

Case is assigned to U.S. District Judge Pedro A. Delgado

## NEW CASE:

( ) This Indictment supersedes Criminal Case No. ------

( ) The Court granted the government's oral motion to unseal the Indictment.

( ) Defendant(s) has appeared in Magistrate Case No. ------ This case having been merged, is hereby closed.

( ) Defendant(s) has/have not appeared in a Magistrate Case.

( ) Defendant(s) is to remain on same conditions of release. This case having been merged, is hereby closed.

( ) Defendant(s) is/are under custody. Marshal to produce defendant(s).

  As to defendant(s) _X_ warrant of arrest and/or writs to be issued. Arraignment Hearing to be set upon arrest.

( ) Defendant(s) _____ Clerk to notify: ( ) Defendant ( ) Sureties.

( ) Summons to be issued. ( ) U. S. Marshal or agents are to serve summons. ( ) Clerk to send summons by mail.

S/ Beatriz Garratón
Courtroom Deputy Clerk

Time in Court: 1 minute