UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JULIA BEATRICE KELEHER,<br><br>Defendant | **CRIMINAL NO**. 19-431 (PAD) |

### MOTION TO RESTRICT REPLY TO UNITED STATES' *RESPONSE IN OPPOSITION TO REQUEST TO MODIFY CONDITIONS*

TO THE HONORABLE COURT:

COMES NOW Defendant Julia Beatrice Keleher, by and through the undersigned counsel, and moves the Court for leave to file her reply to the *United States of America's Response in Opposition to Request to Modify Conditions* (Docket No. 64) as a parties-only document to which only she, the United States, her codefendants, and the Court may have access, as the reply delves into the same issues raised in her prior Motion to Modify Conditions of Release (Docket No. 61), which the Court permitted to be filed with the same manner of restriction requested herein. *See* Docket No. 66.

**WHEREFORE**, Defendant respectfully requests the Court grant the instant motion.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY**: That today we have electronically filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, using the

1

CM/ECF system which will send a copy and notification of filing to all counsel of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 23rd day of July, 2019.

**McConnell Valdés LLC**
Attorneys for Julia Keleher

By:

*s/Maria A. Dominguez*
Maria A. Dominguez
USDC-PR No. 210908
madt@mcvpr.com

*s/ Javier Micheo Marcial*
Javier Micheo-Marcial
USDC-PR No.  305310
jfmm@mcvpr.com

270 Muñoz Rivera Avenue
9th Floor
Hato Rey, Puerto Rico 00918
E-mail:     jfmm@mcvpr.com