AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

**UNITED STATES OF AMERICA**
*Plaintiff*

Criminal Case No.: **19-431(PAD)**

**JULIA BEATRICE KELEHER et. al.,**
*Defendant*

To the Clerk of this court and all parties of record:

Enter my appearance as Lead Counsel in this case for the United States of America.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on this 7th day of April, 2025.

> W. STEPHEN MULDROW
> United States Attorney
>
> */s/ Scott Anderson*
> Scott Anderson – G00214
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 350 Carlos Chardón Ave.
> Torre Chardón, Suite 1201
> San Juan, Puerto Rico 00918
> Tel: (787) 766-5656

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 7th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy will be generated by the system to the attorney on record.

*/s/ Scott Anderson*
Assistant U.S. Attorney